IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: ELSA M. BULLARD |
| | U.S. Magistrate Judge |
| v. | |
| | Case No: 26-cr-59 JWB/DLM |
| Lakendrick Darnell Gilliam(2) | Date: March 2, 2026 |
| Defendant. | Courthouse: Minneapolis |
| | Courtroom: 9E |
| | Time Commenced: 9:35 a.m. |
| | Time Concluded: 10:02 a.m. |
| | Time in Court: 27 minutes |

X **DETENTION HEARING**

APPEARANCES:

   Plaintiff: Raphael Coburn, Assistant U.S. Attorney
   Defendant:  Wyatt Arneson
            X CJA

On   X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

                                                                    s/jam
                                                      Signature of Criminal Duty Clerk